EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Comité Especial para la Revisión del Informe sobre el Proyecto de Código de Conducta Profesional de Puerto Rico | 2022 TSPR 126<br><br>210 DPR ___ |

Número del Caso: EC-2022-02A

Fecha: 21 de octubre de 2022

Materia: Comité Especial para la Revisión del Informe sobre el Proyecto de Código de Conducta Profesional de Puerto Rico.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Comité Especial para la          EC-2022-02A
Revisión del Informe sobre el
Proyecto de Código de Conducta
Profesional de Puerto Rico

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de octubre de 2022.

El 25 de marzo de 2022, mediante la Resolución EC-2022-02 se constituyó el Comité Especial para la Revisión del Proyecto de Reglas de Conducta Profesional de Puerto Rico (Comité Especial). Ello, con el propósito de que revisara el Informe sobre el Proyecto de Código de Conducta Profesional para atemperarlo a los cambios más novedosos y sustanciales que han surgido en la práctica de la abogacía. En la Resolución, se le concedió hasta el 31 de octubre de 2022 para cumplir con la encomienda.

Por conducto de su Presidente y de la Directora del Secretariado de la Conferencia Judicial y Notarial, el 13 de octubre de 2022 el Comité Especial solicitó una extensión de siete meses al término originalmente concedido por este Tribunal. La necesidad de contar con un plazo adicional se atribuyó fundamentalmente a la complejidad y amplitud de los temas de estudio, lo que provocó que se modificara el calendario de trabajo original. Ello se realizó, además, tomando en consideración los compromisos profesionales de las personas que componen el Comité Especial y el impacto del Huracán Fiona.

En su comparecencia, el Comité Especial incluyó un recuento preciso y detallado de los trabajos realizados

hasta el momento y reiteró su interés y compromiso de cumplir con su gestión a satisfacción del Tribunal.

Evaluada la *Moción de extensión del término para el cumplimiento de encomienda*, se provee ha lugar. Se le concede al Comité Especial un plazo adicional a vencer el 31 de mayo de 2023.

Notifíquese a los y las miembros del Comité y a la Directora del Secretariado de la Conferencia Judicial y Notarial, Lcda. Melissa Pagán Osorio.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado Martínez Torres proveería no ha lugar a la prórroga de siete meses.


                                    Javier O. Sepúlveda Rodríguez
                                    Secretario del Tribunal Supremo